# DECEMBER 1990 CALENDAR

FROM: THE DISTRICT COURT OF THE FOURTH JUDICIAL
DISTRICT, COUNTY OF MISSOULA,

STATE OF MONTANA,

               Plaintiff,                                  NO. 8531

    vs.

DOUGLAS L. LAVERDURE,

               Defendant.

On February 26, 1990, the Defendant was sentenced to Count II, Aggravated Burglary, fifteen (15) years; Count III, Criminal Mischief, ten (10) years; the sentences are to run concurrent; with 38 days credit for time served.

On December 6, 1990, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Joylyn Smith, of the Montana Defender Project. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After listening to the testimony, Judge Boyd asked the Petitioner if his sister is Debbie Laverdure. The Petitioner responded, "yes". Judge Boyd then stated for the record that he tried Debbie Laverdure, and he cannot participate in any decision making in this matter. He recused himself from the case.

Mr. Laverdure was then given two choices, (1) Agree to have two judges make a decision in this matter or (2) have the matter continued until the next session of the Sentence Review and have the matter reheard before a three judge panel.

Mr. Laverdure conferred with his counsel and informed the Sentence Review Board that he would agree to go ahead with a two judge decision.

After careful consideration, it is the unanimous decision of Judge Erickson and Judge McNeil that the sentence shall remain the same as originally imposed.

The reason for the decision is pursuant to Rule 17 of the Rules of the Sentence Review Division.